```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EFRAIN BALTAZAR-FELIX
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EFRAIN BALTAZAR-FELIX,<br><br>　　　　　　Defendant.<br>_____ | No. 2:08-cr-088 LKK<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME.<br><br>Date:　April 22, 2008<br>Time:　9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel McConkie, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant EFRAIN BALTAZAR-FELIX, that the status conference scheduled for April 22, 2008, be vacated and the matter continued until April 29, 2008, for status conference.

　　The reason for the continuance is to allow further review and consultation regarding a recently received pre-plea presentence report and offer from the government.

　　**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until April 29, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code

1  T-4 (defense preparation)

2  **IT IS SO STIPULATED.**

4  Date:   April 21, 2008              /s/ Daniel McConkie
                                       DANIEL MCCONKIE
5                                      Assistant United States Attorney
                                       Counsel for Plaintiff

8  Date:   April 21, 2008              DANIEL J. BRODERICK
                                       Federal Defender

10                                      /s/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
11                                     Assistant Federal Defender
                                       Counsel for Defendant
12                                     EFRAIN BALTAZAR-FELIX

**O R D E R**

15  **IT IS SO ORDERED.**

16                  By the Court,

18  Date: April 21, 2008

                                       _____
20                                     LAWRENCE K. KARLTON
                                       SENIOR JUDGE
21                                     UNITED STATES DISTRICT COURT

Stipulation and Order                  -2-