DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EFRAIN BALTAZAR-FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-088 LKK |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING CASE AND EXCLUDING |
| | ) TIME. |
| EFRAIN BALTAZAR-FELIX, | ) |
| | ) Date: April 29, 2008 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel McConkie, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant EFRAIN BALTAZAR-FELIX, that the status conference scheduled for April 29, 2008, be vacated and the matter continued until May 28, 2008, for status conference.

The reason for the continuance is to allow further review and consultation regarding a recently received pre-plea presentence report and offer from the government.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until May 28,

2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense preparation)

**IT IS SO STIPULATED.**

Date:  April 25, 2008          /s/ Daniel McConkie
                               DANIEL MCCONKIE
                               Assistant United States Attorney
                               Counsel for Plaintiff


Date:  April 25, 2008          DANIEL J. BRODERICK
                               Federal Defender


                                /s/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Counsel for Defendant
                               EFRAIN BALTAZAR-FELIX

**O R D E R**

**IT IS SO ORDERED.**

　　　　　　　By the Court,

Date: April 28, 2008

                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT

Stipulation and Order                -2-